```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AMBROSE HASKINS,                                    25-cv-2922 (JGK)

              Plaintiff,                   ORDER

   - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

**JOHN G. KOELTL**, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for Defendant John Caruso to answer was May 7, 2025. The time for Defendants City of New York, Ivan Luciano, and Jordan Abidin to answer was May 8, 2025. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **May 26, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **May 16, 2025**.

SO ORDERED.

Dated:    New York, New York
            May 12, 2025

                                                _____
                                                  John G. Koeltl
                                            United States District Judge