```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

AMBROSE HASKINS,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

25-cv-2922 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 2, 2025.

SO ORDERED.

Dated:    New York, New York
             June 18, 2025

                                        _____
                                            John G. Koeltl
                                  United States District Judge