

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **GREGORY J.O. ACCARINO**<br>*Senior Counsel*<br>phone: (212) 356-1945<br>gaccari@law.nyc.gov |

October 16, 2025

**BY ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/17/25

     Re:     Ambrose Haskins v. City of New York, et al.
                25 Civ. 2922 (JGK)

Your Honor:

        I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, and attorney for defendants City of New York, John Caruso, Jordan Abidin, and Ivan Luciano ("defendants") in the above-referenced matter. The defendants write to respectfully request that the Court grant an extension of time from November 3, 2025 until November 21, 2025 for the parties to submit a joint status letter in this matter. This is defendants' second such request, the first of which was granted by the Court. *See* Dkt. No. 31, Consent Letter Motion, August 6, 2025 (requesting to adjourn the date of this joint status letter due to the Plan Mediation being rescheduled); Dkt. No. 32, Order, August 7, 2025. This request does not affect any other Court deadlines, and plaintiff's counsel consents.

        By way of background, this case is designated to participate in Local Civil Rule 83.10 ("the Plan"), and a Plan Mediation was scheduled for October 30, 2025. *See* Dkt. Entry, Subsequent Mediation Conference, August 5, 2025. In accordance with the Plan, plaintiff issued a settlement demand to defendants, and defendants provided their response.

        Subsequent to this Plan Mediation being scheduled, I have now been scheduled to begin a trial in the Southern District of New York before Hon. J. Paul Oetken, with jury selection set to start on October 27, 2025. *See Kwaine Thompson v. City of New York, et al.*, No. 22 Civ. 1458 (JPO) (KHP). This trial is expected to last the week, and may potentially spill over into the next, which would conflict with the October 30, 2025 Plan Mediation in this matter, as well as the subsequent November 3, 2025 deadline to submit a joint status letter. Once I learned that this trial was scheduled, I reached out to plaintiff's counsel and the mediator to reschedule the October 30,

2025 Plan Mediation, which has now been set for Friday, November 14, 2025. *See* Dkt. Entry, Subsequent Mediation Conference, October 8, 2025. Due to this Plan Mediation being scheduled after the current November 3, 2025 deadline for the parties to submit a joint status letter, the defendants request that the November 3, 2025 deadline for the parties to submit a joint status letter be adjourned to November 21, 2025, one week after the Plan Mediation has occurred, to be able to fully inform the Court of the status of the case, including the settlement avenues explored.

    Accordingly, the defendants respectfully request, with plaintiff's consent, that the Court grant an extension of time from November 3, 2025 until November 21, 2025 for the parties to submit a joint status letter.

    Defendants thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Gregory J.O. Accarino*

Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF**
Cary London
Michael Pecorella
*Attorneys for Plaintiff*